1094

No. 97–6868. ALTSCHUL v. TEXAS BOARD OF PARDONS AND PAROLES. Sup. Ct. Tex. Certiorari denied.

No. 97–6870. BROWNING v. MAHAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6871. BUSSEY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 97–6877. AYSISAYH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6881. BOWMAN v. SIEFIED ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6887. SCOTT v. SZCZERBICKI ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 97–6890. LABANKOFF ET AL. v. GREBEN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–6891. HOANG v. ADIA PERSONNEL SERVICES. C. A. 9th Cir. Certiorari denied.

No. 97–6892. GALE v. PEROVIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6894. DARNE v. WEBER. Ct. App. Wis. Certiorari denied.

No. 97–6895. DOWTIN-EL v. TYSKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6896. ENGELKING v. DRUG ENFORCEMENT ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 97–6898. MAXHIMER v. CITY OF GLENDALE. Ct. App. Ariz. Certiorari denied.

No. 97–6899. JONES v. THE PEP BOYS, MANNY, MOE, AND JACK OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–6900. JACKSON v. DEPARTMENT OF CORRECTIONS OF LOUISIANA. C. A. 5th Cir. Certiorari denied.